# 15TH JUDICIAL DISTRICT COURT
## PARISH OF LAFAYETTE
## STATE OF LOUISIANA

**CASE NUMBER:**                          **WARRANTNUMBER:**
**22-00031744**

## APPLICATION FOR SEARCH WARRANT

**BEFORE ME**, the undersigned Authority of the 15TH JUDICIAL DISTRICT COURT, Parish of LAFAYETTE, State of Louisiana, **Richard Roberts,** of the Lafayette Parish Sheriff's Office, who, upon being duly sworn by me, deposes and says:

**THAT,** a Search Warrant should be issued for the search of the following described location, curtilage, vehicles and any and all movables located on said curtilage:

104 Royalton Pkwy, Lafayette, Louisiana, 70507

The property is described as a single story brick home with a single carport. The residence is exactly 3 properties south of Malapart Rd. The front door of the property is facing east towards Royalton Pkwy. The property is also equipped with a concrete driveway and the mailbox for the property is labeled as 104 Royalton Pkwy.

## FOR THE PURPOSE OF SEIZING THE FOLLOWING DESCRIBED PROPERTY:

Any and all illegal narcotics/ narcotic related items associated with the distribution, selling, packaging, and or possession of illegal narcotics. Any and all devices associated with the distribution, selling, packaging, and or possession. Any and all proceeds related to the distribution of illegal narcotics.

And which may also include any or all of the following:

1.  **ANY AND ALL CONTROLLED DANGEROUS SUBSTANCES.**

2.  **BOOKS, RECORDS, RECEIPTS, NOTES, ADDRESS AND TELEPHONE BOOKS, LEDGERS, OTHER PAPERS, COMPUTERS, COMPUTER SOFTWARE, COMPUTER DISCS AND CONTENTS; WORD PROCESSORS AND CONTENTS; ELECTRONIC ORGANIZERS AND CONTENTS RELATED TO DRUG TRAFFICKING AND/OR WHICH MAY IDENTIFY:   DRUG-RELATED TRANSACTIONS; THE NAMES, TELEPHONE NUMBERS, AND ADDRESSES OF DRUG SUPPLIERS, DRUG TRAFFICKING ASSOCIATES AND CUSTOMERS; TRAVEL RELATED TO DRUG TRAFFICKING; THE ACCUMULATION AND EXPENDITURES OF DRUG PROCEEDS; THE CONCEALMENT OF DRUG PROCEEDS; ASSETS ACQUIRED WITH DRUG PROCEEDS; AND LOCATIONS USED TO FACILITATE DRUG TRAFFICKING.**

3.  **BOOKS, RECORDS, RECEIPTS, BANK STATEMENTS AND RECORDS, MONEY DRAFTS, LETTERS OF CREDIT, MONEY ORDER AND CASHIER CHECKS, RECEIPTS,**

SW 104 Royalton Pkwy-00003

PASSBOOKS, BANK CHECKS AND OTHER ITEMS EVIDENCING THE ACQUISITION, SECRETING, TRANSFER, AND/OR CONCEALMENT OF ASSETS AND THE ACQUISITION, SECRETING, TRANSFER, CONCEALMENT AND/OR EXPENDITURE OF MONEY, SAFE DEPOSIT BOX RECORDS, AND OR KEYS.

4. CELLULAR TELEPHONES; ALL RELATED DOCUMENTATION, POWER SUPPLY CORDS, DATA TRANSFER CORDS, SOFTWARE AND ACCESSORIES FOR CELLULAR TELEPHONES; STORED INFORMATION CONTAINED ON ANY DIGITAL TELEPHONE ANSWERING MACHINES.

5. UNITED STATES CURRENCY, PRECIOUS METALS, JEWELRY, AND FINANCIAL INSTRUMENTS INCLUDING, BUT NOT LIMITED TO STOCKS AND BONDS AND REAL ESTATE DEEDS OF TRUST, AND CURRENCY OBTAINED, CONNECTED WITH AND/OR POSSESSED TO FACILITATE THE FINANCING OF ILLICIT DRUG TRAFFICKING.

6. PHOTOGRAPHS AND VIDEO TAPES OF DRUG-RELATED SCENES, THE SUSPECT, CO-CONSPIRATORS, AND PROPERTY AND ASSETS PURCHASED WITH DRUG PROCEEDS.

7. FIREARMS WHICH MAY BE USED TO PROTECT DRUGS, DRUG PROCEEDS, AND DRUG TRAFFICKING ACTIVITIES, INCLUDING HANDGUNS, RIFLES, SHOTGUNS AND AUTOMATIC WEAPONS.

8. PARAPHERNALIA FOR PACKAGING, PROCESSING, WEIGHING, AND DISTRIBUTING CONTROLLED DANGEROUS SUBSTANCES, INCLUDING, BUT NOT LIMITED TO: GLASSWARE, SCALES, BAGGIES, AND CUTTING AGENTS.

9. INDICIA OF OCCUPANTS, RESIDENCY, AND/OR OWNERSHIP OF THE PREMISES DESCRIBED ABOVE, INCLUDING, BUT NOT LIMITED TO UTILITY AND TELEPHONE BILLS, MAIL, CHECKS, AND KEYS.

10. ANY AND ALL MEANS OF COUNTER SURVEILLANCE TO ALERT OF POLICE PRESENCE INCLUDING, BUT NOT LIMITED TO, FREQUENCY COUNTERS, FREQUENCY SCANNERS, VIDEO SURVEILLANCE DEVICES INCLUDING, BUT NOT LIMITED TO, MONITORS, CAMERAS, AND SWITCHBOARD DEVICES.

THE REASONS AND FACTS FOR THIS REQUEST OF THIS SEARCH WARRANT ARE:

On January 28, 2022, LPSONU Agents conducted a documentary search warrant on the residence of 104 Royalton Pkwy. While LPSONU Agents were searching for documents in relations to illegal narcotics/ narcotic transactions, agents located a bundle of white pills wrapped in a clear plastic bag in plain view. The bundle of white pills are identified as Oxycodone, which is a schedule II narcotic. The bundle of white pills were located in a back bedroom on the top of the dresser in plain view.

Due to the information provided above, LPSONU Agent Richard Roberts is request a search warrant for 104 Royalton Pkwy.

Case Number: 22-00031744      Warrant Number:      Approved on: Jan, 28, 2022 at 06:56 PM

It is based on the above probable cause that Affiant requests that the court will grant a warrant for the purpose of searching the above-described location and curtilage for the above-described items.  Due to the fact illegal narcotics are easily and commonly hidden on someone's person, Affiant further requested the court will grant officers the right to search "all persons" found at or inside the location, curtilage, and inside any vehicles. Affiant also requests that the court will grant said warrant to be executed during the daytime, nighttime, weekends, and/or holidays.

*Richard Roberts*

Richard Roberts
Lafayette Parish Sheriff's Office


Sworn to and subscribed before me,28 day of  Jan, 2022 at 06:56 PM    in Lafayette Parish, Louisiana.

*Andre Doguet*

Judge Andre Doguet
15TH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE
STATE OF LOUISIANA

# 15TH JUDICIAL DISTRICT COURT
# PARISH OF LAFAYETTE
# STATE OF LOUISIANA

**CASE NUMBER:**                              **WARRANT NUMBER:**
**22-00031744**

## SEARCH AND SEIZURE WARRANT

**TO:   THE SHERIFF, PARISH OF LAFAYETTE AND/OR HIS DESIGNATED REPRESENTATIVE(S):**

**AFFIDAVIT (S) HAVING BEEN MADE BEFORE ME BY Richard Roberts, of the Lafayette Parish Sheriff's Office,** that they have good reason to believe that on or in a location at 104 Royalton Pkwy, Lafayette, Louisiana, 70507 located within the **PARISH OF LAFAYETTE, STATE OF LOUISIANA,** further described as:

The property is described as a single story brick home with a single carport. The residence is exactly 3 properties south of Malapart Rd. The front door of the property is facing east towards Royalton Pkwy. The property is also equipped with a concrete driveway and the mailbox for the property is labeled as 104 Royalton Pkwy.

There is now being concealed certain property, namely:

Any and all illegal narcotics/ narcotic related items associated with the distribution, selling, packaging, and or possession of illegal narcotics. Any and all devices associated with the distribution, selling, packaging, and or possession. Any and all proceeds related to the distribution of illegal narcotics.

And which may also include any or all of the following:

1. **ANY AND ALL CONTROLLED DANGEROUS SUBSTANCES.**

2. **BOOKS, RECORDS, RECEIPTS, NOTES, ADDRESS AND TELEPHONE BOOKS, LEDGERS, OTHER PAPERS, COMPUTERS, COMPUTER SOFTWARE, COMPUTER DISCS AND CONTENTS; WORD PROCESSORS AND CONTENTS; ELECTRONIC ORGANIZERS AND CONTENTS RELATED TO DRUG TRAFFICKING AND/OR WHICH MAY IDENTIFY:   DRUG-RELATED TRANSACTIONS; THE NAMES, TELEPHONE NUMBERS, AND ADDRESSES OF DRUG SUPPLIERS, DRUG TRAFFICKING ASSOCIATES AND CUSTOMERS; TRAVEL RELATED TO DRUG TRAFFICKING; THE ACCUMULATION AND EXPENDITURES OF DRUG PROCEEDS; THE CONCEALMENT OF DRUG PROCEEDS; ASSETS ACQUIRED WITH DRUG PROCEEDS; AND LOCATIONS USED TO FACILITATE DRUG TRAFFICKING.**

3. **BOOKS, RECORDS, RECEIPTS, BANK STATEMENTS AND RECORDS, MONEY DRAFTS, LETTERS OF CREDIT, MONEY ORDER AND CASHIER  CHECKS, RECEIPTS,**

**Case Number:** 22-00031744     **Warrant Number:**     **Approved on:** Jan, 28, 2022 at 06:56 PM

PASSBOOKS, BANK CHECKS AND OTHER ITEMS  EVIDENCING THE ACQUISITION, SECRETING, TRANSFER, AND/OR CONCEALMENT OF ASSETS AND THE ACQUISITION, SECRETING, TRANSFER, CONCEALMENT AND/OR EXPENDITURE OF MONEY, SAFE DEPOSIT BOX RECORDS, AND OR KEYS.

4. CELLULAR TELEPHONES; ALL RELATED DOCUMENTATION, POWER SUPPLY CORDS, DATA TRANSFER CORDS, SOFTWARE AND ACCESSORIES FOR CELLULAR TELEPHONES; STORED INFORMATION CONTAINED ON ANY DIGITAL TELEPHONE ANSWERING MACHINES.

5. UNITED STATES CURRENCY, PRECIOUS METALS, JEWELRY, AND FINANCIAL INSTRUMENTS INCLUDING, BUT NOT LIMITED TO STOCKS AND BONDS AND REAL ESTATE DEEDS OF TRUST, AND CURRENCY OBTAINED, CONNECTED WITH AND/OR POSSESSED TO FACILITATE THE FINANCING OF ILLICIT DRUG TRAFFICKING.

6. PHOTOGRAPHS AND VIDEO TAPES OF DRUG-RELATED SCENES, THE SUSPECT, CO-CONSPIRATORS, AND PROPERTY AND ASSETS PURCHASED WITH DRUG PROCEEDS.

7. FIREARMS WHICH MAY BE USED TO PROTECT DRUGS, DRUG PROCEEDS, AND DRUG TRAFFICKING ACTIVITIES, INCLUDING HANDGUNS, RIFLES, SHOTGUNS AND AUTOMATIC WEAPONS.

8. PARAPHERNALIA FOR PACKAGING, PROCESSING, WEIGHING, AND DISTRIBUTING CONTROLLED DANGEROUS SUBSTANCES, INCLUDING, BUT NOT LIMITED TO: GLASSWARE, SCALES, BAGGIES, AND CUTTING AGENTS.

9. INDICIA OF OCCUPANTS, RESIDENCY, AND/OR OWNERSHIP OF THE PREMISES DESCRIBED ABOVE, INCLUDING, BUT NOT LIMITED TO UTILITY AND TELEPHONE BILLS, MAIL, CHECKS, AND KEYS.

10. ANY AND ALL MEANS OF COUNTER SURVEILLANCE TO ALERT OF POLICE PRESENCE INCLUDING, BUT NOT LIMITED TO, FREQUENCY COUNTERS, FREQUENCY SCANNERS, VIDEO SURVEILLANCE DEVICES INCLUDING, BUT NOT LIMITED TO, MONITORS, CAMERAS, AND SWITCHBOARD DEVICES.

which said property constitutes evidence of the violation of:

1 Count of 40:967--Posession of Scheduel II-- (Felony)

and as I am satisfied from the affidavit(s) submitted in support of the application for this warrant that there is probable cause to believe that the aforesaid property is being concealed on or in the LOCATION, CURTILAGE AND VEHICLES above described, and that the aforesaid grounds for the issuance of this search warrant exists.

YOU ARE HEREBY ORDERED to search forthwith the aforesaid LOCATION, CURTILAGE AND VEHICLES for the property specified, serving this search warrant and making the search during the daytime. In addition to executing this search warrant during the daytime, the court hereby grants this warrant to be executed during the nighttime, weekends and/or holidays. The court also grants officers the legal right to search "all persons" found at or inside the residence, curtilage, and inside any vehicles. Upon executing this search warrant and if the property described in the application of this warrant be found there,

Case Number: 22-00031744      Warrant Number:      Approved on: Jan, 28, 2022 at 06:56 PM

you are ordered to seize it, leaving a copy of this warrant and a receipt for the property seized, to make your written return on this warrant including a written inventory of the property seized, and to bring said seized property before me within ten (10) days of this date as required by law.


WITNESS my official signature, 28 day of  Jan, 2022 at 06:56 PM in LAFAYETTE Parish, Louisiana.


Judge Andre Doguet
15TH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE
STATE OF LOUISIANA

**Case Number**: 22-00031744        **Warrant Number**:        **Approved on**: Jan, 28, 2022 at 06:56 PM

SW 104 Royalton Pkwy-00008

# 15TH JUDICIAL DISTRICT COURT
# PARISH OF LAFAYETTE
# STATE OF LOUISIANA

**CASE NUMBER:**                                        **WARRANT NUMBER:**
**22-00031744**

## RETURN OF SEARCH WARRANT

Pursuant to a search warrant issued to me by the Honorable Commissioner Andre Doguet, of the 15TH JUDICIAL DISTRICT COURT, I, **Richard Roberts**, did on **02/28/2022 at 19:05** proceed to and did search 104 Royalton PkwyLafayette, Louisiana 70507, further described as:

The property is described as a single story brick home with a single carport. The residence is exactly 3 properties south of Malapart Rd. The front door of the property is facing east towards Royalton Pkwy. The property is also equipped with a concrete driveway and the mailbox for the property is labeled as 104 Royalton Pkwy.

and found therein the following:

Nothing further was located during the search.

Finding no other items, I terminated my search on **01/28/2022 at 19:17.**

I have taken the above described items into my possession and do hereby make my return to the Honorable Andre Doguet on this 08 day of February, 2022.

**Richard Roberts**
**Affiant**

## CERTIFICATE OF RECEIPT OF RETURN OF SEARCH WARRANT

This is to certify that I, Andre Doguet, Judge of the 15TH JUDICIAL DISTRICT COURT, have this day received a return of a warrant issued by me to Andre Doguet this 08 day of Feb, 2022 at 02:36 PM.

Judge Andre Doguet
15TH JUDICIAL DISTRICT COURT
Parish of LAFAYETTE
State of Louisiana