UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  6:22-CR-00062-01 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| TYCOBY ARCENEAUX (01) | MAGISTRATE JUDGE CAROL B. WHITEHURST |

**MINUTES OF COURT:**
Sentencing

| | | | |
|---|---|---|---|
| Date: | Jan. 18, 2023 | Presiding: Judge David C. Joseph | |
| Court Opened: | 10:40 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 10:53 AM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 13 Minutes | Courtroom: | Courtroom 1 |
| | | Probation Officer: | Michael Christy |

**APPEARANCES**

| | | |
|---|---|---|
| John Woodley Nickel (AUSA) | For | United States of America |
| Garron Matthew Johnson (Retained) | For | Tycoby Arceneaux (01), Defendant |
| Harold Dewey Register. III (Retained) | For | Tycoby Arceneaux (01), Defendant |
| Tycoby Arceneaux (01) | | Defendant (In Custody) |

**PROCEEDINGS**

Case called for Sentencing.

Defendant requested additional time to review and discuss the Presentencing Investigation Report with counsel.  After discussion with Defendant, the Court RESET sentencing for Thursday, **March 2, 2023, at 1:00 p.m. in Courtroom 1, Lafayette, La.**